IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TENDLER CELLULAR OF TEXAS, LLC<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC, CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, SPRINT NEXTEL CORPORATION, UNITED STATES CELLULAR CORPORATION and T-MOBILE USA, INC.<br><br>Defendants. | CIVIL ACTION NO. 6:09cv00115-(LED)<br><br>**JURY TRIAL DEMANDED** |

## **MOTION FOR DISMISSAL**

Plaintiff TENDLER CELLULAR OF TEXAS, LLC ("Tendler"), and Defendant UNITED STATES CELLULAR CORPORATION ("USCC"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing with prejudice all claims asserted by Tendler against USCC and all counterclaims asserted by USCC, with each party to bear its own costs, expenses and attorneys fees.

Nothing in this Motion shall be construed as a release or discharge of, any claim Tendler has or may have in the future against any other defendant named in this action. All such rights have been, and are, expressly reserved by Tendler.

Respectfully submitted,

| | |
|---|---|
| /s/Steve Malin | /s/David Skeels |
| Texas Bar No. 12859750 | Jonathan T. Suder |
| SIDLEY AUSTIN LLP | FRIEDMAN SUDER & COOKE |
| 717 N. Harwood, Suite 3400 | 604 East 4th Street, Suite 200 |
| Dallas, Texas 75201 | Fort Worth, TX 76102 |
| Tel: (214) 981-3300 | Tel: 817-334-0400 |
| Fax: (214) 981-3400 | Fax: 817-334-0401 |
| | |
| Richard "Dick" J. O'Brien | T. John Ward, Jr. |
| Illinois Bar No. 3125248 | WARD & SMITH LAW FIRM |
| Rachel Sher | P.O. Box 1231 |
| Illinois Bar. No. 6293785 | Longview, TX 75606-1231 |
| SIDLEY AUSTIN LLP | Tel: 903-757-6400 |
| One South Dearborn Street | Fax: 903-757-2323 |
| Chicago, Illinois 60603 | |
| Phone: (312) 853-7283 | Eric M. Albritton |
| Fax: (312) 853-7036 | ALBRITTON LAW FIRM |
| | P.O. Box 2649 |
| **ATTORNEYS FOR DEFENDANT** | Longview, TX 75606 |
| **UNITED STATES CELLULAR** | Tel: 903-757-8449 |
| **CORPORATION** | Fax: 903-758-7397 |
| | |
| | **ATTORNEYS FOR PLAINTIFF** |
| | **TENDLER CELLULAR OF TEXAS, LLC** |

## CERTIFICATE OF SERVICE

I certify that the foregoing document and exhibits thereto were filed electronically on April 6, 2010 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service. Any other counsel of record will be served by first class U.S. mail, postage prepaid, on this same date.

/s/David A. Skeels

2