UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TENDLER CELLULAR OF TEXAS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY, LLC, CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, SPRINT NEXTEL CORPORATION, UNITED STATES CELLULAR CORPORATION and T-MOBILE USA, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 6:09cv00115-(LED)<br><br>Jury Trial Demanded |

## MOTION FOR DISMISSAL

Plaintiff TENDLER CELLULAR OF TEXAS, LLC ("Tendler"), and Defendant T-MOBILE USA, INC. ("T-Mobile"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing with prejudice all claims asserted by Tendler against T-Mobile and all counterclaims asserted by T-Mobile, with each party to bear its own costs, expenses and attorneys fees.

Nothing in this Motion shall be construed as a release or discharge of any claim Tendler has or may have in the future against any other defendant named in this action. All such rights have been, and are, expressly reserved by Tendler.

1

Dated: April 9, 2010

Respectfully submitted,

| | |
|---|---|
| T-MOBILE USA, INC. | TENDLER CELLULAR OF TEXAS, LLC |
| By: /s/ Benjamin Hershkowitz<br>     (with permission, by DAS) | By: /s/ David Skeels |
| Josh A. Krevitt<br>   jkrevitt@gibsondunn.com<br>Benjamin Hershkowitz<br>   bhershkowitz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone (212) 351-4000<br>Facsimile (212) 351-4035 | David Skeels<br>   skeels@fsclaw.com<br>Jonathan T. Suder<br>   jts@fsclaw.com<br>FRIEDMAN SUDER & COOKE<br>604 East 4th Street, Suite 200<br>Fort Worth, TX 76102<br>Tel: 817-334-0400<br>Fax: 817-334-0401 |
| **ATTORNEYS FOR DEFENDANT<br>T-MOBILE USA, INC.** | T. John Ward, Jr.<br>   jw@jwfirm.com<br>WARD & SMITH LAW FIRM<br>P.O. Box 1231<br>Longview, TX 75606-1231<br>Tel: 903-757-6400<br>Fax: 903-757-2323 |
| | Eric M. Albritton<br>   ema@emafirm.com<br>ALBRITTON LAW FIRM<br>P.O. Box 2649<br>Longview, TX 75606<br>Tel: 903-757-8449<br>Fax: 903-758-7397 |
| | **ATTORNEYS FOR PLAINTIFF<br>TENDLER CELLULAR OF TEXAS, LLC** |

## CERTIFICATE OF SERVICE

I certify that the foregoing document and exhibits thereto were filed electronically on April 9, 2010 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service. Any other counsel of record will be served by first class U.S. mail, postage prepaid, on this same date.

            /s/ David Skeels