UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TENDLER CELLULAR OF TEXAS, LLC | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:09-CV-00115 |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| AT&T MOBILITY, LLC, CELLCO | § | |
| PARTNERSHIP d/b/a VERIZON WIRELESS, | § | |
| SPRINT SPECTRUM, LP and NEXTEL | § | |
| OPERATIONS, INC., | § | |
| | § | |
| Defendants. | § | |

## <u>STIPULATED MOTION FOR DISMISSAL</u>

Based on the settlement agreement reached between the parties, Plaintiff, TENDLER CELLULAR OF TEXAS, LLC ("Tendler"), and defendant, AT&T MOBILITY, LLC ("AT&T"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing with prejudice all claims asserted by Tendler against AT&T and all counterclaims asserted by AT&T, with each party to bear its own costs, expenses and attorney's fees.

Nothing in this Motion shall be construed as a release or discharge of any claim Tendler has or may have in the future against any other defendant named in this action. All such rights have been, and are, expressly reserved by Tendler.

Dated:  June 18, 2010

Respectfully submitted,


/s/Jonathan T. Suder
David Skeels
FRIEDMAN SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX 76102
817-334-0400
817-334-0401 - fax
jts@fsclaw.com
das@fsclaw.com

T. John Ward, Jr.
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
903-757-6400
903-757-2323 - fax
jw@jwfirm.com

Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75606
903-757-8449
903-758-7397 - fax
ema@emafirm.com

**ATTORNEYS FOR PLAINTIFF
TENDLER CELLULAR OF TEXAS, LLC**

/s/Christopher W. Kennerly
(w/permission by Jonathan T. Suder)
Bryant C. Boren
Kevin Cadwell
Baker Botts LLP
620 Hansen Way
Palo Alto, California 94304
United States of America
214-953-6539
650-739-7699 – fax
bryant.c.boren@bakerbotts.com
chris.kennerly@bakerbotts.com
kevin.cadwell@bakerbotts.com

Chad C. Walters
James W. Bristow
John Murphy
Baker Botts LLP
2001 Ross Avenue
Dallas, Texas 75201-2980
214-953-6500
214-953-6503 - fax
chad.walters@bakerbotts.com
james.bristow@bakerbotts.com
john.murphy@bakerbotts.com

Darby V. Doan, J.D., CPA
Scott Andrews
HALTOM & DOAN
6500 Summerhill Rd., Ste. 100
Texarkana, Texas 75503
903-255-1000
903-255-0800 - fax
ddoan@haltomdoan.com
sandrews@haltomdoan.com
**ATTORNEYS FOR DEFENDANT
AT&T MOBILITY, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.


/s/Jonathan T. Suder