**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| TENDLER CELLULAR OF TEXAS, LLC | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:09-CV-00115 |
| v. | § § | **JURY TRIAL DEMANDED** |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, SPRINT SPECTRUM, LP and NEXTEL OPERATIONS, INC., | § § § § § | |
| Defendants. | § | |

## STIPULATED MOTION FOR DISMISSAL

Based on the settlement agreement reached between the parties, Plaintiff, TENDLER CELLULAR OF TEXAS, LLC ("Tendler"), and defendant, SPRINT SPECTRUM, LP and Nextel Operations, Inc. (collectively "SPRINT"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing with prejudice all claims asserted by Tendler against SPRINT and all counterclaims asserted by SPRINT, with each party to bear its own costs, expenses and attorney's fees.

Nothing in this Motion shall be construed as a release or discharge of any claim Tendler has or may have in the future against any other defendant named in this action. All such rights have been, and are, expressly reserved by Tendler.

1

Dated:  July 16, 2010


Respectfully submitted,

| | |
|---|---|
| /s/Mark McGrory<br>Lawrence A. Rouse<br>Rouse, Hendricks, German, May, PC<br>1010 Walnut Street, Suite 400<br>Kansas City, MO  64106<br>(816) 471-7700 (Mailbox 218)<br>(913) 226-5205 (McGrory – cell)<br>(816) 471-2221 – fax<br>larryr@rhgm.com<br>markm@rhgm.com<br><br>Walter Thomas Henson ("Tom")<br>DeLeith D. Gossett<br>Ramey & Flock, P.C.<br>100 East Ferguson, Suite 500<br>Tyler, TX 75702<br>(903) 597-3301<br>(903) 597-2413<br>thenson@rameyflock.com<br>dgossett@rameyflock.com<br><br>**ATTORNEYS FOR DEFENDANT<br>SPRINT SPECTRUM, LP** | /s/Jonathan T. Suder<br>David Skeels<br>FRIEDMAN SUDER & COOKE<br>604 East 4th Street, Suite 200<br>Fort Worth, TX 76102<br>817-334-0400<br>817-334-0401 - fax<br>jts@fsclaw.com<br>das@fsclaw.com<br><br>T. John Ward, Jr.<br>WARD & SMITH LAW FIRM<br>P.O. Box 1231<br>Longview, TX 75606-1231<br>903-757-6400<br>903-757-2323 - fax<br>jw@jwfirm.com<br><br>Eric M. Albritton<br>ALBRITTON LAW FIRM<br>P.O. Box 2649<br>Longview, TX 75606<br>903-757-8449<br>903-758-7397 - fax<br>ema@emafirm.com<br><br>**ATTORNEYS FOR PLAINTIFF<br>TENDLER CELLULAR OF TEXAS, LLC** |


## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.


/s/ Jonathan T. Suder