UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TENDLER CELLULAR OF TEXAS, LLC § § Plaintiff, § § v. § § CELLCO PARTNERSHIP d/b/a VERIZON § WIRELESS, § § Defendant. § | CIVIL ACTION NO. 6:09-CV-00115 **JURY TRIAL DEMANDED** |

## STIPULATED MOTION FOR DISMISSAL

Based on the settlement agreement reached between the parties, Plaintiff, TENDLER CELLULAR OF TEXAS, LLC ("Tendler"), and defendant, CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS ("CELLCO"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing with prejudice all claims asserted by Tendler against CELLCO and dismissing without prejudice the counterclaim asserted by CELLCO against Tendler, with each party to bear its own costs, expenses and attorney's fees.

Dated:  August 4, 2010

Respectfully submitted,

| | |
|---|---|
| /s/ Martin M. Noonen | /s/ David Skeels |
| (with permission by David A. Skeels) | Jonathan T. Suder |
| Vincent J. Belusko | FRIEDMAN SUDER & COOKE |
| Alex S. Yap | 604 East 4th Street, Suite 200 |
| MORRISON & FOERSTER LLP | Fort Worth, TX 76102 |
| 555 West Fifth Street, Suite 3500 | 817-334-0400 |
| Los Angeles, CA 90013-1024 | 817-334-0401 - fax |
| (213) 892-5200 | jts@fsclaw.com |
| (213) 892-5454 - fax | skeels@fsclaw.com |
| vbelusko@mofo.com | |
| ayap@mofo.com | T. John Ward, Jr. |
| mnoonen@mofo.com | WARD & SMITH LAW FIRM |
| | P.O. Box 1231 |
| Michael E. Jones | Longview, TX 75606-1231 |
| Allen F. Gardner | 903-757-6400 |
| POTTER MINTON, PC | 903-757-2323 - fax |
| 110 North College, Suite 500 | jw@jwfirm.com |
| Tyler, TX 75702 | |
| 903-597-8311 | Eric M. Albritton |
| 903-593-0846 - fax | ALBRITTON LAW FIRM |
| mikejones@potterminton.com | P.O. Box 2649 |
| allengardner@potterminton.com | Longview, TX 75606 |
| | 903-757-8449 |
| **ATTORNEYS FOR DEFENDANT** | 903-758-7397 - fax |
| **CELLCO PARTNERSHIP d/b/a/ VERIZON** | ema@emafirm.com |
| **WIRELESS** | |
| | **ATTORNEYS FOR PLAINTIFF** |
| | **TENDLER CELLULAR OF TEXAS, LLC** |

### CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2010, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.


/s/ David A. Skeels