UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TENDLER CELLULAR OF TEXAS, LLC | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:09-CV-00115 |
| v. | § § | **JURY TRIAL DEMANDED** |
| NEXTEL OPERATIONS, INC., | § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the parties' Stipulated Motion for Dismissal filed jointly by Plaintiff TENDLER CELLULAR OF TEXAS, LLC, and Defendant NEXTEL OPERATIONS, INC., the Stipulated Motion for Dismissal is GRANTED, and it is hereby ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff and Defendant NEXTEL OPERATIONS, INC. are hereby dismissed with prejudice.

Plaintiff has not released any claim it has or may have in the future against any other defendant named in this action.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.