IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TENDLER CELLULAR OF TEXAS, LLC | § § § | |
| v. | § | NO. 6:09-cv-115 |
| | § § | |
| AT&T MOBILITY, LLC, et al. | § | |

### FINAL JUDGMENT

Pursuant to the Orders dismissing the claims of all parties, the Court hereby enters Final Judgment. The dismissed Defendants in this case were: Sprint Nextel Corporation (Doc. No. 38); United States Cellular Corporation (Doc. No. 148); T-Mobile USA, Inc. (Doc. No. 151); AT&T Mobility, LLC (Doc. No. 168); Sprint Spectrum LP (Doc. No. 176); Cellco Partnership d/b/a/ Verizon Wireless; and Nextel Operations, Inc.

It is therefore **ORDERED, ADJUDGED and DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED, ADJUDGED and DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 10th day of August, 2010.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**